# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Taylor, Jaime Renea | Docket No. | 0980 2:22CR00099-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jaime Renea Taylor, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 6th day of September 2022, as well as the 8th day of November 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 18, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Taylor. Ms. Taylor acknowledged an understanding of the release conditions at that time.

**Violation #6:** Jaime Renea Taylor is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, norfentanyl and fentanyl on March 2, 2023.

On March 2, 2023, Ms. Taylor reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. The result for fentanyl was inconclusive. Ms. Taylor denied using any illegal controlled substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On March 10, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

On March 12, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of norfentanyl and fentanyl.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 15, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Taylor, Jaime Renea
March 15, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/15/23
_____
Date