ECF No. 145

PROB 12C
(6/16)

Report Date: October 15, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 15, 2026
SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jaime Renea Taylor — Case Number: 0980 2:22CR00099-TOR-2

Address of Offender: [redacted], Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 7, 2024

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 22, 2025 |
| Defense Attorney: | Robert Michael Seines | Date Supervision Expires: April 21, 2030 |

## PETITIONING THE COURT

To issue a summons.

On April 23, 2025, a U.S. probation officer met with the offender to review the conditions of supervision. The offender was provided with a copy of the judgment and conditions; a copy was also signed by both parties as reviewed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: On July 20, 2026, Ms. Taylor contacted the undersigned by telephone and admitted to consuming methamphetamine and alcohol on or about July 18, 2026.<br><br>On July 21, 2026, Ms. Taylor subsequently signed an admission form at the drug testing vendor site, confirming her use of methamphetamine and alcohol on or about July 20, 2026. |
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence:** On August 24, 2026, Ms. Taylor contacted the undersigned by telephone and admitted to consuming methamphetamine and alcohol on or about August 22, 2026. She signed an admission form at the drug testing vendor site confirming such use after failing to provide a urine sample for testing.

3 **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: On September 9, 2026 Ms. Taylor met with the undersigned at the probation office and admitted to consuming fentanyl, methamphetamine, and alcohol on or about September 6, 2026. She signed an admission form attesting to such use.

4 **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence:** On September 10, 2026, Ms. Taylor submitted to urinalysis (UA) drug testing, conducted at the U.S. Probation Office. The UA resulted in a presumptive positive for methamphetamine and fentanyl. The urine sample was sent to the national testing laboratory (NTL) for confirmation. On September 30, 2026, the NTL returned a confirmed positive result for methamphetamine. At the time of this report a confirmation result has not been returned on the fentanyl for this sample.

5 **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence:** On September 11, 2026, Ms. Taylor submitted to UA testing at a testing vendor site. The vendor reported a presumptive positive test for fentanyl. Ms. Taylor subsequently admitted to use of fentanyl on or about September 8, 2026, and signed an admission of use form.

6 **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: On September 15, 2026, Ms. Taylor contacted the undersigned by telephone and admitted to consuming fentanyl on or about September 12, 2026. This report was later corroborated by treatment staff. On September 22, 2026 the undersigned was contacted by phone by treatment staff at a residential treatment facility Ms. Taylor had checked into. Staff reported that Ms. Taylor's reported last substance use was on or about September 13, 2026, for methamphetamine and fentanyl.

7 **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On July 20, 2026, Ms. Taylor contacted the undersigned by telephone and admitted to consuming methamphetamine and alcohol on or about July 18, 2026.

On July 21, 2026, Ms. Taylor subsequently signed an admission form at the drug testing vendor site confirming her use of methamphetamine and alcohol on or about July 20, 2026.

8 **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On August 24, 2026, Ms. Taylor contacted the undersigned by telephone and admitted to consuming methamphetamine and alcohol on or about August 22, 2026. She signed an admission form at the drug testing at a testing vendor site confirming to such use after failing to provide a urine sample for testing.

9 **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On September 9, 2026, Ms. Taylor met with the undersigned at the probation office and admitted to consuming fentanyl, methamphetamine, and alcohol on or about September 6, 2026. She signed an admission form attesting to such use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 15, 2026

s/ Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

October 15, 2026

Date